Núm. 7445.—INTERNATIONAL GENERAL ELECTRIC CO. OF P. R., aplda. *v.* COLÓN, aplte.—C. D. San Juan. ■ Diciembre 16, 1936.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

POR CUANTO, la demanda en este caso contenía seis causas de acción relacionadas con cinco pagarés y los honorarios de abogado convenidos en éstos;

POR CUANTO, después de una sentencia sobre las alegaciones en la corte municipal se celebró un juicio *de novo* en la corte de distrito, donde la demandante presentó su prueba en ausencia del demandado y después de dictada nuevamente sentencia a favor de la demandante la corte de distrito denegó una moción sobre reconsideración por motivos expresados como sigue: ''Porque conforme ha resuelto nuestro Tribunal Supremo repetidas veces, no es necesario notificación especial del señalamiento, toda vez que se presume que las partes o sus abogados cumplirán con la obligación en que están de atender al curso de sus asuntos en los tribunales;''

POR CUANTO, el presente recurso, en ausencia de explicación alguna por parte del apelante, es claramente frívolo;

POR TANTO, se desestima la apelación interpuesta contra la sentencia que dictó la Corte de Distrito de San Juan en 8 de octubre de 1936.

El Juez Presidente Sr. del Toro no intervino.